United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAIAS N RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00019 |
| | § | |
| ONEPOINTE SOLUTIONS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 21), the Court enters final judgment dismissing this action with prejudice.

ORDERED on December 9, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE